1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   AITHYNI K. RUCKER, ESQ., Bar #10210
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5
   Attorneys for Defendants
6  CAESARS ENTERTAINMENT CORPORATION, DESERT
   PALACE, INC., PARIS LAS VEGAS OPERATING COMPANY,
7  LLC, FLAMINGO LAS VEGAS HOLDING, LLC, BALLY'S LAS
   VEGAS and HARRAH'S LAS VEGAS, LLC
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION IATSE LOCAL 720 RETIREMENT PLAN a/k/a THEATRICAL STAGE EMPLOYEES LOCAL 720 PENSION TRUST,<br><br>Plaintiffs<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation; DESERT PALACE, INC. d/b/a CAESARS PALACE, a Nevada corporation; PARIS LAS VEGAS OPERATING COMPANY, LLC d/b/a PARIS LAS VEGAS OPERATING COMPANY f/k/a PARBALL CORPORATION, a Nevada limited liability company; FLAMINGO LAS VEGAS HOLDING, LLC f/k/a PARK PLACE ENTERTAINMENT CORPORATION f/k/a FLAMINGO-HILTON LAS VEGAS, a Nevada limited liability company; BALLY'S LAS VEGAS f/k/a PARBALL CORPORATION a/k/a BALLY'S LAS VEGAS CASINO/HOTEL, a Nevada corporation; HARRAH'S LAS VEGAS, LLC d/b/a HARRAH'S LAS VEGAS, a Nevada limited liability company; their successors and assigns; and ROE ENTITIES I through X,<br><br>Defendants. | Case No. 2:11-cv-00917-GMN-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiffs TRUSTEES OF THE NEVADA RESORT ASSOCIATION IATSE LOCAL 720

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

RETIREMENT PLAN a/k/a THEATRICAL STAGE EMPLOYEES LOCAL 720 PENSION TRUST and Defendants CAESARS ENTERTAINMENT CORPORATION, DESERT PALACE, INC., PARIS LAS VEGAS OPERATING COMPANY, LLC, FLAMINGO LAS VEGAS HOLDING, LLC, BALLY'S LAS VEGAS and HARRAH'S LAS VEGAS, LLC, by and through their respective counsel hereby stipulate and agree to dismiss the above-captioned matter with prejudice each side to bear its own fees and costs.

Dated: November 4, 2011.

RICK D. ROSKELLEY, ESQ.
AITHYNI K. RUCKERS, ESQ.
LITTLER MENDELSON

Attorneys for Defendant

Dated: November 4, 2011.

/s/ Michael A. Urban, Esq.
MICHAEL A. URBAN, ESQ.
NATHAN R. RING, ESQ.
THE URBAN LAW FIRM

Attorney for Plaintiffs

IT IS SO ORDERED

**DATED** this 15th day of June, 2012.

Gloria M. Navarro
United States District Judge

Firmwide:104882528.1 013234.2259

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800